Argued at Pendleton October 26, 1920, reversed January 11, 1921.

## LAFOLLETT *v.* TWOHY BROS. CO.

(194 Pac. 685.)

From Crook: JAMES U. CAMPBELL, Judge.

In Banc.

This is an action by T. H. Lafollett against Twohy Bros. Company for damages in the sum of $6,550. Upon a trial by the court and a jury, a verdict was

rendered in favor of plaintiff for the sum of $3,000. From a consequent judgment, defendant appeals.

REVERSED.

For appellant there was a brief over the names of *Messrs. Malarkey, Seabrook & Dibble, Mr. James G. Wilson* and *Mr. G. L. Bernier*, with an oral argument by *Mr. E. B. Seabrook*.

For respondent there was a brief with oral arguments by *Mr. W. H. Wilson* and *Mr. N. G. Wallace*.

BEAN, J.—The complaint contains two causes of action practically identical with those in the case of *Slayton* v. *Twohy Bros. Co., ante,* p. 535 (194 Pac. 682), the first cause of action being practically the same as that involved in the case of *Marks* v. *Twohy Bros. Co., ante,* p. 514 (194 Pac. 675). The case is governed by the opinions, this day rendered, in the two cases mentioned.

The judgment of the lower court will therefore be reversed.                                    REVERSED.

Mr. Justice McBRIDE did not sit in this case.